UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:04-cr-0177-JMS-TAB |
| ) | |
| PRESTON D. STRINGER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Denise K. LaRue=s Report and Recommendation that Preston D. Stringer =s supervised release be modified, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court:

> The Defendant will be sentenced to the custody of the Attorney General or his designee for a term of imprisonment of eight (8) months, followed by two (2) year Supervised Release subject the conditions of supervised release previously imposed.

SO ORDERED

12/27/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Winfield D. Ong
Assistant United States Attorney
Winfield.ong@usdoj.gov

Joe Cleary
Indiana Community Federal Defender
joe_cleary@fd.org

U. S. Parole and Probation

U. S. Marshal Service